IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID WATTLETON,

    Plaintiff,

vs.

    Case No. 05-cv-10884-NG

UNITED STATES DEPARTMENT OF JUSTICE,

    Defendant.

Application for A writ
Mandamus

    Comes Now, the plaintiff, David Wattleton, representing himself and on behalf of those similarly situated persons, hereby files this pleading in the district court this application for a writ of mandamus pursuant to 28 U.S.C. § 1361, seeking an order from this court directing the Honorable Magistrate Judge Dein to rule on the merits of his complaint that he filed in his 42 U.S.C. § 1983 1983 civil rights complaint against the defendants in the above captioned case. He believes that this court has delayed unreasonably in ruling on his civil action and there is circumstances making his application exceptional and deserving of special treatment. Johnson v Rogers, 817 F2d 1283, 1284 (10th Cir 1990).

    For the foregoing reason Mr. Wattleton request an order from this court consistent with the above.

Respectfully submitted,

David Wattleton