UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

FILED
CLERKS OFFICE
2007 JUN -5  P 1: 25
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No: |
| | ) | |
| Plaintiff, | ) | MOTION TO DEFER PAYMENTS |
| | ) | |
| vs. | ) | |
| | ) | |
| David Earl Wattleton, | ) | |
| | ) | |
| Defendant | ) | |

NOW COMES, __David Earl Wattleton__, filing his motion to defer payments of the following:

**Check one or more:**

1. Court Assessment Fee    _____
2. Fines                   _____
3. Restitution             _____
4. Other                   __X__

If other, please specify __28 U.S.C. § 1915(b)(2)__.

In support of this motion, defendant asserts that his income prevents him from paying the fees stated above while incarcerated due to the fact that he only earns $__0__[1] a month at his current work assignment. By not being able to afford to pay these payments, it adversely affects his incarceration and his ability to achieve pay grades that will enable him to pay future payments.

---

[1] **Please see copy of account for previous six (6) months**

1

Any other payments that have been made, were with the assistance of family members that cannot afford to help with, nor is it their responsibility. I fully intend to pay the full fees, however, this motion is an attempt to defer those payments until I am on supervised release, when I will have an opportunity to obtain meaningful employment.

For all the foregoing reasons, Defendant hereby requests from this Honorable Court a definitive order to defer the payments of the above mentioned fees until he is placed on Supervised Release.

Respectfully submitted this ___1___ day of ___June___, 200_7_.

*[signature]*

Name: **David Wattleton**

Number: **50260-019**

FMC Devens, Unit **N-4**

P.O. Box 879

Ayer, MA  01432

Pro Se