```
          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
```

                                              FILED
                                         IN CLERKS OFFICE

                                         2007 JUN -5  P 1: 25

                                         U.S. DISTRICT COURT
                                         DISTRICT OF MASS.

DAVID EARL WATTLETON,          §
                               §
         Movant,               §
                               §
                               §
                               §
    -vs-                       § Case No._____
                               §
                               §
UNITED STATES OF AMERICA,      §
                               §
         Defendant[ ].         §
                               §


                      ADDENDUM TO
                    MOTION TO DEFER


     NOW COMES, the Movant, David Earl Wattleton, through
pro se, hereby files this pleading in the district court
requesting that the Court should increase the amount
he has in his account to "exceed $75," 28 U.S.C. § 1915(b)(2),
instead of "$10," before he is required to make payments
of 20% of the preceding month's income credited to his
account. The movant argues that his status as a civilly
committed mental patient prevents him from achieving
pay grade that will enable him to be able to afford
to purchase personal hygiene, stamps, and other legal
materials from the Institutional commissary as he only
receives gifts from family members and acquaintances
that amount to only $30 per year. Moreover, he asserts

                              1

that his status as a civilly committed mental patient prevents him from working in UNICORE and other Institutional jobs that will enable him to afford these payments.

Wherefore. for the above and foregoing reasons the movant request an order from this Court consistent with the above.

Respectfully submitted,

David Earl Wattleton