UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 JUN -5 P 1:25

U.S. DISTRICT COURT
DISTRICT OF MASS.

DAVID EARL WATTLETON, §
§
Movant, §
§
-vs- §
§
UNITED STATES OF AMERICA, §
§
Defendant[ ]. §

MEMORANDUM OF LAW
IN SUPPORT OF APPLICATION TO PROCEED
IN FORMA PAUPERIS

NOW COMES, the Movant, David Wattleton, through pro se, hereby files this pleading in the district court arguing that he is not a "prisoner" within the meaning of 28 U.S.C. § 1915, and, therefore, he does not have to submit a detailed inmate account statement along with his application to proceed in forma pauperis. See, __Kolobotronis v Morgan__, 247 F.3d 726, 728 (8th Cir 2001).

Wherefore, the movant request an order from this Court consistent with the above.

