IN FORMA PAUPERIS DECLARATION   FILED
                                IN CLERKS OFFICE
[Insert appropriate court]

<u>David Earl Wattleton</u>        DECLARATION IN SUPPORT 2007 JUN -5 P 1: 25
(Petitioner)                    OF REQUEST
        v.                      TO PROCEED DISTRICT COURT
<u>United States of America</u>    IN FORMA PAUPERIS MASS.
(Respondent(s))

I, _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ☐   No ☑
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
    5-26-04 -  $785 pr mo

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or form of self-employment?   Yes ☐   No ☑
    b. Rent payments, interest or dividends?              Yes ☐   No ☑
    c. Pensions, annuities or life insurance payments?    Yes ☐   No ☑
    d. Gifts or inheritances?                             Yes ☐   No ☑
    e. Any other sources?                                 Yes ☐   No ☑

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____

3. Do you own cash, or do you have money in checking or savings account?
   Yes ☐   No ☑   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.   None

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 6-1-07 (date).

                                                    [signature]
                                                    Signature of Petitioner